IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEFFERY BELL  PLAINTIFF

VS.  CIVIL ACTION NO. 4:17CV047-SA-JMV

ANTONIA COLEMAN, WHOLESALE GLASS
DISTRIBUTORS, INC., and DIAMOND IDEALEASE, LLC  DEFENDANTS

## AGREED ORDER

THIS CAUSE having come before the Court this day upon joint motion *ore tenus* of the Plaintiff and Defendant, Summit Lease & Rental d/b/a Diamond Idealease, LLC, for a dismissal, with prejudice, of the complaint filed herein against Summit Lease & Rental d/b/a Diamond Idealease, LLC, and the Court, being fully advised that the Plaintiff has consented and agreed to a dismissal, with prejudice, of his complaint against Defendant Summit Lease & Rental d/b/a Diamond Idealease, LLC, in the above-styled and numbered cause, finds that said Motion is well taken and all claims against Defendant, Summit Lease & Rental d/b/a Diamond Idealease, LLC, should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-styled and numbered cause be and it is hereby dismissed, with prejudice, as to Defendant Summit Lease & Rental d/b/a Diamond Idealease, LLC.

SO ORDERED AND ADJUDGED, this the 30th day of January, 2018.

                                                      /s/ Sharion Aycock
                                                     UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:


/s/Thandi Wade
Thandi Wade, Esquire
Tatum & Wade, PLLC
P.O. Box 22688
Jackson, MS 39225-2688
Counsel for Plaintiff


/s/Frances R. Shields
Frances R. Shields, Esquire
Currie Johnson & Myers, P.A.
P.O. Box 750
Jackson, MS 39205-0750
Counsel for Defendants