IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEFFERY BELL                                                                    PLAINTIFF

V.                                              CIVIL ACTION NO.: 4:17-CV-47-SA-JMV

ANTONIO COLEMAN, and
WHOLESALE GLASS DISTRIBUTORS, INC.                              DEFENDANTS

ORDER

For all of the reasons fully explained in a separate memorandum opinion issued this same

day, the Court orders the following:

The Plaintiff's Motion for Partial Summary Judgment as to Liability [73] is DENIED.

The Defendants Motion for Partial Summary Judgment as to Negligence *Per Se* [77] is

DENIED.

The Defendants' Motion for Summary Judgment [75] on punitive damages is GRANTED

in PART and DENIED in PART. The Defendants' motion is denied without prejudice as to the

Plaintiff's claim against Defendant Bell and granted as to the Plaintiff's claim based on vicarious

liability against Defendant Wholesale Glass.

It is SO ORDERED, on this the 25th day of June, 2018

                                                    /s/ Sharion Aycock
                                                    UNITED STATES DISTRICT JUDGE